# EXHIBIT B



# Summons

## Income Tax Return

In the matter of __DUANE J TERRAZAS, 1011 N WASHINGTON ST, WHEATON, IL 60187-3857__
Internal Revenue Service *(Identify Division)* __SMALL BUSINESS/SELF EMPLOYED__
Industry/Area *(Identify by number or name)* __SB/SE AREA 4 (24)__
Periods: __See Attachment 1 to Summons Form 6638 for Period Information__

**The Commissioner of Internal Revenue**

To: __DUANE J TERRAZAS__
At: __1011 N WASHINGTON ST, WHEATON, IL 60187-3857__

You are hereby summoned and required to appear before __L. SILA__, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: __1999, 2000, 2001, 2002, 2003, 2004, 2006 and 2007__

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: __1999, 2000, 2001, 2002, 2003, 2004, 2006 and 2007__

We have attached a blank return to guide you in producing the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

__2001 BUTTERFIELD ROAD, DOWNERS GROVE, IL 60515 (630) 493-5790__

**Place and time for appearance:** At __2001 BUTTERFIELD ROAD, DOWNERS GROVE, IL 60515__

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6638 (Rev.10-2006)
Catalog Number 61828W

on the __12th__ day of __January__, __2010__ at __9:00__ o'clock __a__ m.

Issued under authority of the Internal Revenue Code this __15th__ day of __December__, __2009__

__L. SILA__
Signature of issuing officer

Signature of approving officer *(if applicable)*

__REVENUE OFFICER__
Title

Title

**Exhibit A**

**Original -- to be kept by IRS**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

Date  12/17/09

Time  11:53

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): Attached to inside glass of front storm door.

Signature  _/s/_

Title  Revenue Officer

**I certify that the copy of the summons served contained the required certification.**

Signature  _/s/_

Title  Revenue Officer

Catalog No. 61828W

Form **6638** (Rev. 10-2006)

**Attachment 1 to Summons Form 6638**

In the matter of **DUANE J TERRAZAS**

Period information: Form 1040 for the calendar periods ending December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2006 and December 31, 2007